STATE OF NEW JERSEY v. ALFRED VOLPE.

March 2, 1976. Petition for certification denied.

STATE OF NEW JERSEY v. HERBERT LOUIS KING.

March 2, 1976. Petition for certification denied.

STATE OF NEW JERSEY v. PHILIP RAGLAND.

March 2, 1976. Petition for certification denied.

STATE OF NEW JERSEY v. WILBUR WALL.

March 2, 1976. Petition for certification denied.

DORIS DWYER v. ERIE INVESTMENT COMPANY.

March 2, 1976. Petition for certification denied. (See 138 *N. J. Super.* 93)

RUSSELL OAKES v. EDWARD APPLETON, JR.

March 2, 1976. Petition for certification denied. (See 137 *N. J. Super.* 365)